Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
chavezd@ballardspahr.com

*Attorneys for CNU Online Holdings, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cornelius Bullock,<br><br>            Plaintiff,<br><br>v.<br><br>Clarity Services, Inc., Republic Bank & Trust Company dba Elastic, and CNU Online Holdings, LLC dba Cash Net USA,<br><br>            Defendants. | Case No.    2:22-cv-00777-JCM-EJY<br><br>**Joint Motion to Extend Time for CNU Online Holdings, LLC to Respond to Plaintiff's Complaint**<br><br>**(First Request)** |

      Defendant CNU Online Holdings, LLC ("CNU") and plaintiff Cornelius Bullock stipulate as follows:

      1.     The original deadline for CNU to respond to Bullock's complaint is June 9, 2022.

      2.     CNU has requested, and Bullock has agreed to, an extension of this deadline up to and including June 30, 2022, to provide additional time for CNU to investigate the allegations in Bullock's Complaint and for the parties to discuss a possible resolution of Bullock's claims.

      3.     The parties agree that there is good cause for this extension.

[*continued on following page*]

4. This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: June 9, 2022.

| BALLARD SPAHR LLP | FREEDOM LAW FIRM |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>(702) 471-7000<br>(702) 471-7070 (fax)<br>tasca@ballardspahr.com<br>chavezd@ballardspahr.com | By: /s/ Gerardo Avalos<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>8985 S. Eastern Ave, Suite 350<br>Las Vegas, Nevada 89123<br>(702) 880-5554<br>(702) 385-5518 (fax)<br>Ghaines@freedomlegalteam.com<br>Gavalos@freedomlegalteam.com |
| *Attorneys for Defendant*<br>*CNU Online Holdings, LLC* | *Attorneys for Plaintiff Cornelius Bullock* |

### Order

On the basis of good cause, IT IS ORDERED that the deadline for defendant CNU Online Holdings, LLC to respond to plaintiff Cornelius Bullock's complaint is extended up to and including June 30, 2022.

_____
United States Magistrate Judge

Dated: June 9, 2022