George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Cornelius Bullock*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cornelius Bullock, | Case No.: 2:22-cv-00777-JCM-EJY |
| Plaintiff, | |
| v. | **Notice of settlement between Plaintiff and Clarity Services, Inc.** |
| Clarity Services, Inc.; Republic Bank & Trust Company dba Elastic; and CNU Online Holdings, LLC dba Cash Net USA, | |
| Defendants. | |

NOTICE                            - 1 -

The dispute between Cornelius Bullock ("Plaintiff") and Clarity Services, Inc. ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: June 10, 2022.

FREEDOM LAW FIRM

 /s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Cornelius Bullock*

---

NOTICE                                    - 2 -