George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Counsel for Plaintiff Cornelius Bullock*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cornelius Bullock,<br><br>         Plaintiff(s),<br><br> v.<br><br>Clarity Services, Inc.; Republic Bank & Trust Company dba Elastic; and CNU Online Holdings, LLC dba Cash Net USA,<br><br>         Defendant(s). | Case No.: 2:22-cv-00777-JCM-EJY<br><br>**Notice of voluntary dismissal of CNU Online Holdings, LLC with prejudice** |

NOTICE                                      - 1 -

Pursuant to Rule 41(a)(1) of the Nevada Rules of Civil Procedure, Cornelius Bullock voluntarily dismisses with prejudice the claims against CNU Online Holdings, LLC in this case. Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 14, 2022.

        **FREEDOM LAW FIRM**

        /s/ George Haines
        George Haines, Esq.
        Gerardo Avalos, Esq.
        8985 S. Eastern Ave., Suite 350
        Las Vegas, Nevada 89123
        *Attorneys for Plaintiff Cornelius Bullock*