MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
E-Mail: gschnitzer@ksjattorneys.com
E-Mail: mesposito@ksjattorneys.com
*Attorneys for Defendant, Republic Bank
And Trust Company d/b/a Elastic*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cornelius Bullock,<br><br>   Plaintiff,<br><br>v.<br><br>Clarity Services, Inc.; Republic Bank and Trust Company d/b/a Elastic; and CNU Online Holdings, LLC dba Cash Net USA<br><br>   Defendants. | Case No.: 2:2~~1~~22-cv-00777-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER REPONSIVE PLEADING** |

IT IS HEREBY STIPULATED by and between the Plaintiff, CORNELIUS BULLOCK, by and through her counsel, KIND LAW and FREEDOM LAW FIRM, and Defendant REPUBLIC BANK AND TRUST COMPANY d/b/a ELASTIC, by and through its counsel, KRAVITZ SCHNITZER JOHNSON WATSON & ZEPPENFELD, CHTD., and agreed that Defendant REPUBLIC BANK AND TRUST COMPANY d/b/a ELASTIC, has until Monday, June 27, 2022, in which to file its answer or . . .

. . .

. . .

. . .

. . .

. . .

other responsive pleadings to Plaintiff's Complaint.

DATED this 13th day of June, 2022.

DATED this 13th day of June, 2022.

KRAVITZ SCHNITZER JOHNSON
WATSON & ZEPPENFELD, CHTD.

FREEDOM LAW FIRM

*/s/ Michael R. Esposito*
MARTIN J. KRAVTIZ, ESQ.
Nevada Bar No. 83
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Defendant, Republic Bank And Trust Company d/b/a Elastic*

*/s/ Gerardo Avalos*
Michael Kind, Esq.
Nevada Bar No. 13903
Gerardo Avalos
Nevada Bar No. 15171
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: June 13, 2022