MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
E-Mail: gschnitzer@ksjattorneys.com
E-Mail: mesposito@ksjattorneys.com
*Attorneys for Defendant, Republic Bank
And Trust Company d/b/a Elastic*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cornelius Bullock,<br><br>        Plaintiff,<br><br>v.<br><br>Clarity Services, Inc.; Republic Bank and Trust Company d/b/a Elastic; and CNU Online Holdings, LLC dba Cash Net USA<br><br>        Defendants. | Case No.: 2:22-cv-00777-JCM-EJY<br>*(originally 2:21-cv-00777-JCM-EJY)*<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER REPONSIVE PLEADING** |

IT IS HEREBY STIPULATED by and between the Plaintiff, CORNELIUS BULLOCK, by and through her counsel, KIND LAW and FREEDOM LAW FIRM, and Defendant REPUBLIC BANK AND TRUST COMPANY d/b/a ELASTIC, by and through its counsel, KRAVITZ SCHNITZER JOHNSON WATSON & ZEPPENFELD, CHTD., and agreed that:

(1) The original deadline for REPUBLIC BANK AND TRUST COMPANY d/b/a ELASTIC ("Republic") to answer or otherwise plead is June 13, 2022.

(2) Republic has requested, and Bullock has agreed to, an extension of this deadline up until and including Monday, June 27, 2022 in order to provide additional time for Republic to investigate the allegations in Bullock's complaint and for the Parties to discuss a possible resolution of Bullock's claims.

(3) The Parties agree that there is good cause for this extension.

(4) This is the first requested extension, is made in good faith, and is not for the purpose of delay.

DATED this 13th day of June, 2022.

KRAVITZ SCHNITZER JOHNSON
WATSON & ZEPPENFELD, CHTD.

/s/ Michael R. Esposito
MARTIN J. KRAVTIZ, ESQ.
Nevada Bar No. 83
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Defendant, Republic Bank
And Trust Company d/b/a Elastic*

DATED this 13th day of June, 2022.

FREEDOM LAW FIRM

/s/ Gerardo Avalos
Michael Kind, Esq.
Nevada Bar No. 13903
Gerardo Avalos
Nevada Bar No. 15171
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff*

## ORDER

On the basis of good cause shown, IT IS SO ORDERED. Defendant REPUBLIC BANK AND TRUST COMPANY d/b/a ELASTIC shall have up to and including June 27, 2022 to respond to Plaintiff Bullock's complaint.

_____
U.S. MAGISTRATE JUDGE

Dated: June 13, 2022