MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
E-Mail: gschnitzer@ksjattorneys.com
E-Mail: mesposito@ksjattorneys.com
*Attorneys for Defendant, Republic Bank
And Trust Company d/b/a Elastic*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cornelius Bullock,<br><br>   Plaintiff,<br><br>v.<br><br>Clarity Services, Inc.; Republic Bank and Trust Company d/b/a Elastic; and CNU Online Holdings, LLC dba Cash Net USA<br><br>   Defendants. | Case No.: 2:22-cv-00777-JCM-EJY<br><br>**STIPULATION OF DISMISSAL OF REPUBLIC BANK AND TRUST COMPANY d/b/a ELASTIC WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by and between the Plaintiff, CORNELIUS BULLOCK, by and through his counsel, KIND LAW and FREEDOM LAW FIRM, and Defendant REPUBLIC BANK AND TRUST COMPANY d/b/a ELASTIC, by and through its counsel, KRAVITZ SCHNITZER JOHNSON WATSON & ZEPPENFELD, CHTD., and agreed that all claims against Republic Bank and Trust Company d/b/a Elastic are hereby dismissed with prejudice.

. . .

. . .

. . .

. . .

. . .

IT IS FURTHER STIPPULATED that each party shall bear their own fees and costs.

DATED this 27th day of July, 2022.                    DATED this 27th day of July, 2022.

KRAVITZ SCHNITZER JOHNSON                             FREEDOM LAW FIRM
WATSON & ZEPPENFELD, CHTD.

*/s/ Michael R. Esposito*                             */s/ Gerardo Avalos*
MARTIN J. KRAVTIZ, ESQ.                               Michael Kind, Esq.
Nevada Bar No. 83                                     Nevada Bar No. 13903
MICHAEL R. ESPOSITO, ESQ.                             Gerardo Avalos
Nevada Bar No. 13482                                  Nevada Bar No. 15171
8985 S. Eastern Avenue, Suite 200                     8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123                               Las Vegas, Nevada 89123
*Attorneys for Defendant, Republic Bank*              *Attorney for Plaintiff*
*And Trust Company d/b/a Elastic*

**IT IS SO ORDERED.**

_____
U.S. DISTRICT JUDGE


DATED: _____