Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Cornelius Bullock*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cornelius Bullock,<br><br>           Plaintiff,<br><br>  v.<br><br>Clarity Services, Inc., et al,<br><br>           Defendant. | Case No.: 2:22-cv-00777-JCM-EJY<br><br>**Notice of voluntary dismissal of Clarity Services, Inc. with prejudice** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Cornelius Bullock voluntarily dismisses with prejudice the claims against Clarity Services, Inc. in this case. Each party will bear its own costs, disbursements, and attorney fees.

Dated: August 11, 2022.

                                **K**IND **L**AW

                                 /s/ Michael Kind
                                Michael Kind, Esq.
                                8860 South Maryland Parkway, Suite 106
                                Las Vegas, Nevada 89123
                                *Attorney for Plaintiff Cornelius Bullock*